UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60248-CIV-DIMITROULEAS

MAGALIE CENATUS,

    Plaintiff,

V.

PENN CREDIT CORPORATION,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On February 4, 2022, this Court entered its initial Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 5]. On February 17, 2022, a Notice of Settlement was filed, stating that the case was settled. *See* [DE 7]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **March 8, 2022**, the parties shall either file the appropriate dismissal papers or show cause why those papers have not been filed.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 1st day of March, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record