UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 0:22-cv-60248-WPD

MAGALIE CENATUS,

    Plaintiff,

vs.

PENN CREDIT CORPORATION,

    Defendant.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Magalie Cenatus and Defendant Penn Credit Corporation, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: March 4, 2022

| /s/ Jibrael S. Hindi | /s/ Adam Harrison Settle |
|---|---|
| **JIBRAEL S. HINDI, ESQ.** | **ADAM HARRISON SETTLE, ESQ.** |
| Florida Bar No.: 118259 | Kaufman Dolowich & Voluck LLP |
| E-mail:jibrael@jibraellaw.com | Four Penn Center |
| **THOMAS J. PATTI, ESQ.** | 1600 John F. Kennedy Blvd. |
| Florida Bar No.: 118377 | Suite 1030 |
| E-mail:tom@jibraellaw.com | Philadelphia, PA 19103 |
| The Law Offices of Jibrael S. Hindi | Phone: 484-841-7107 |
| 110 SE 6th Street, Suite 1744 | Email: asettle@kdvlaw.com |
| Fort Lauderdale, Florida 33301 | |
| Phone: 954-907-1136 | |
| Fax:    855-529-9540 | |
| | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENSE* |